UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES J. BICKING IV, | No.  2:26-cv-2011 TLN AC (PS) |
| Plaintiff, | |
| v. | ORDER |
| GRASS VALLEY SCHOOL DISTRICT, et al., | |
| Defendants. | |

The court is in receipt of plaintiff's motion to appoint counsel.  ECF No. 3.  In civil cases, a pro se litigant's right to counsel "is a privilege and not a right."  United States ex Rel. Gardner v. Madden, 352 F.2d 792, 793 (9th Cir. 1965) (citation omitted).  "Appointment of counsel should be allowed only in exceptional cases."  Id.  When determining whether "exceptional circumstances" exist, the court must consider the likelihood of success on the merits as well as the ability of the plaintiff to articulate her claims pro se in light of the complexity of the legal issues involved.  Palmer v. Valdez, 560 F.3d 965, 970 (9th Cir. 2009).

Having considered the relevant factors, the court finds there are no exceptional circumstances in this case, and that appointment of counsel is not warranted at this time. Plaintiff's case is not overly complex, and he has shown himself capable of making filings with the court.  Appointment of counsel therefore is not appropriate.  The motion to appoint counsel

1

(ECF No. 3) is accordingly DENIED.

IT IS SO ORDERED.

DATED: June 3, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE