UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES J. BICKING, VI,<br>Plaintiff,<br>v.<br>GRASS VALLEY SCHOOL DISTRICT,<br>Defendant. | No. 2:26-cv-2011 TLN AC PS<br><br>ORDER |

Plaintiff is proceeding pro se and in forma pauperis. On June 6, 2026, the court screened the complaint and found that plaintiff's First Amendment claim against defendant Grass Valley School District was adequate for service purposes, while his claims against defendant Officer Perry were insufficient to proceed. ECF No. 8. Plaintiff was given the options of (1) amending the complaint or (2) proceeding immediately on his First Amendment claim against defendant Grass Valley School District. Id. at 11. Plaintiff was advised that a decision to proceed without amending the complaint would be considered a voluntary dismissal of all other claims and defendants. Id. Plaintiff has now notified the court that he would like to proceed immediately on his First Amendment against defendant Grass Valley School District without amending the complaint, and acknowledges that all other claims and defendants mentioned in the complaint are voluntarily dismissed without prejudice. ECF No. 9 at 1.

Accordingly, IT IS HEREBY ORDERED that:

1. In accordance with the order issued on June 18, 2026 (ECF No. 8), service is appropriate for defendant Grass Valley School District.

2. Plaintiff's claims against defendant Officer Perry are voluntarily dismissed without prejudice.

3. The Clerk of the Court shall send plaintiff one USM-285 form, one summons, an instruction sheet, and a copy of the complaint filed June 2, 2026 (ECF No. 1).

4. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

a. The completed Notice of Submission of Documents;

b. One completed summons;

c. One completed USM-285 form for the following defendant: Grass Valley School District; and

d. Two copies of the endorsed complaint filed June 2, 2026.

5. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: July 20, 2026

Allison Claire

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES J. BICKING, IV,<br>Plaintiff,<br>v.<br>GRASS VALLEY SCHOOL DISTRICT,<br>Defendant. | No. 2:26-cv-2011-TLN AC PS<br><br>NOTICE OF SUBMISSION OF DOCUMENTS |

Plaintiff submits the following documents in compliance with the court's order filed on (date)______________________:

___1___ completed summons form

_____________ completed forms USM-285

_____________ copies of the complaint

DATED:

_________________________________
Plaintiff's signature