UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES J. BICKING, IV,<br>Plaintiff,<br>v.<br>GRASS VALLEY SCHOOL DISTRICT,<br>Defendant. | No. 2:26-cv-2011 TLN AC<br><br>ORDER |

Plaintiff is bringing his civil case as a self-represented litigant proceeding in forma pauperis. ECF No. 14. Plaintiff submitted service documents to the U.S. Marshals on July 24, 2026. No return of service has been filed to date and defendant has not appeared. The court is in receipt of plaintiff's motion to appoint himself as guardian ad litem for his minor child. ECF No. 17. The court is also in receipt of plaintiff's request for discovery. ECF No. 11.

First, plaintiff's motion to appoint himself as guardian ad litem for his minor child (ECF No. 17) is DENIED. Individuals appearing in pro e may represent only themselves, not others. See Simon v. Hartford Life, Inc., 546 F.3d 661, 664 (9th Cir. 2008). The Ninth Circuit has been clear that "the guardian or parent cannot bring a lawsuit on behalf of a minor in federal court without retaining a lawyer." Johns v. County of San Diego, 114 F.3d 874, 876 (9th Cir. 1997). Plaintiff may serve as his child's guardian ad litem in litigation only if he retains an attorney and a motion for his appointment as guardian ad litem is brought by counsel. Accordingly, the

motion is denied without prejudice.

Second, plaintiff's discovery motion (ECF No. 11) is DENIED without prejudice as premature. "The Court typically does not begin the discovery process until the operative complaint has been screened, any eligible defendants have been served, and those defendants have answered the complaint." Thomas v. Doe, No. 1:24-CV-01319-HBK, 2025 WL 2172468, at *1 (E.D. Cal. July 31, 2025). Because the defendant has not been served or appeared, discovery has not commenced and plaintiff's motion must be denied.

IT IS SO ORDERED.

DATED: October 29, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE